UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL P. MULLEN,

    Plaintiff,

v.

TRINITY CAZZOLA, et al.,

    Defendants.
_____/

Case No. 2:23-cv-183

HON. JANE M. BECKERING

## **ORDER**

This is a civil action filed by a *pro se* litigant.  Defendants filed a Motion to Dismiss (ECF No. 16).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 22) on June 7, 2024, recommending that Defendants' motion be granted and Plaintiff's complaint be dismissed.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 16) is GRANTED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: July 1, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge